Home    Moments

Search Twitter

Have an account? Log in



### MobStar
@officialmobstar

Global talent platform. Record 15 second clips of your talent, build a fanbase & get noticed by our top industry mentors on our FREE app: 9nl.it/mobstarapp

Los Angeles, CA | Ireland

 mobstar.com

Joined October 2014



**Want to take advantage of all the new Twitter features?**

It's simple – just log in.

Log in

Sign up

**You may also like** · Refresh



| Tweets | Following | Followers | Likes |
|---|---|---|---|
| **699** | 415 | 320 | 19 |

Follow



**Tweets**   Tweets & replies   Media

**MobStar** @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/2GfmIqLXwPU?a MissWorld Chile 2018 Anahi

**MissWorld Chile 2018 Anahi**
youtube.com

💬 1   🔁 1   ❤ 3

**MobStar** @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/gHEeZQ6yBuc?a MissWorld India 2018 Anukreethy

**MissWorld India 2018 Anukreethy**
youtube.com

💬 1   🔁 1   ❤ 4

**MobStar** @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/YrGjfsI_KXw?a MissWorld Portugal Carla

💬 1   🔁 1   ❤ 3

**MobStar** @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/sVzC4V78-Ew?a MissWorld