Mark J. Geragos
California State Bar #108325
GERAGOS & GERAGOS
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 625-1600

Jon D. Williams (8318)
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 746-1460
Facsimile: (801) 998-8077

*Attorneys for Lev Aslan Dermen*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEV ASLAN DERMEN<br><br>    Defendant. | **NOTICE OF CONVENTIONAL FILING RE [DOC 580- EXHIBIT B]**<br><br>Case No. 2:18-cr-00365-JNP-BCW<br><br>Honorable Jill N. Parrish |

Please take notice that Defendant Lev Aslan Dermen, by and through counsel, has conventionally filed Exhibit B of Doc 580, described in Doc 580 as "July 8, 2019, Brendan Morrissey's Rule 15 Deposition Video, consisting of a video recording, 4 hours, 40 minutes and 47 seconds in length. Exhibit B has not been filed electronically due to the file type being incompatible with the CM/ECF filing system.

Dated: September 17, 2019.

/s/ Mark J. Geragos
MARK J. GERAGOS
GERAGOS & GERAGOS
644 Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Email: geragos@geragos.com
*Attorneys for Lev Aslan Dermen*

Jon D. Williams (8318)
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 746-1460
Facsimile: (801) 998-8077

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed a true and correct copy of the foregoing, on thne case styled *United States of America v. Lev Aslan Dermen*, this 17th day of September, 2019, with the Clerk of the Court using CM/ECF, which sent notification of the filing to all parties registered to receive such notice in the case.

*/s/    Mark J. Geragos*