IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LEV ASLAN DERMEN,<br>a/k/a Levon Termendzhyan,<br><br>Defendant. | **ORDER ON GOVERNMENT'S MOTION IN LIMINE**<br><br>Case No. 2:18-cr-00365-JNP-BCW<br><br>District Judge Jill N. Parrish |

The Government has moved the court to preclude the Defendant from calling former EPA Special Agent Alison Baker, former HIS Special Agent Louis Skenderis, and L.A.P.D. Detective Walter McMahon for the purposes of impeaching them or from impeaching them with otherwise inadmissible evidence. Docket No. 491. The Defendant objects to the Government's motion.

The court heard oral argument regarding the motion on September 4, 2019. At the hearing, defense counsel explained that their decision to call the witnesses in question would be contingent upon the testimony and evidence that is presented in the Government's case-in-chief. Defense counsel stated that "[i]t's entirely possible—and it would not be the first time – I don't call a single witness, that I try the defense case wholly within the prosecution's, and just rely on that." Docket No. 594 at 10. Given this possibility, the court believes that ruling on this issue at this juncture would be premature. The court **DEFERS** ruling on the motion and will rule on this issue if it arises at trial.

Signed October 4, 2019

BY THE COURT

Jill N. Parrish
United States District Court Judge