# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

### UNITED STATES' EXHIBIT LIST

UNITED STATES OF AMERICA
V.
LEV ASLAN DERMEN,

Case Number:  2:18-CR-00365-JNP-BCW

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|
| | | | PLAINTIFF'S ATTORNEY | | DEFENDANTS' ATTORNEY |

| PRESIDING JUDGE Judge Jill N. Parrish | PLAINTIFF'S ATTORNEY Richard M. Rolwing, Leslie A. Goemaat, Arthur J. Ewenczyk, John E. Sullivan | DEFENDANTS' ATTORNEY Mark J. Geragos, Setara Qassim, Linda Moreno, Arthur Karagezian, & Jon Williams |
|---|---|---|

| TRIAL DATE (S) January 27, 2020 – March 9, 2020 | COURT REPORTER | COURTROOM DEPUTY Stephanie Schaerrer |
|---|---|---|

| PLF. NO. | PAGE COUNT | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| X | | 1/30/20 | | | Katirina Pattison |
| X | | 2/3/20 | | | Greg Perrin |
| | | 2/3/20 | | | Brenden Morrissey video deposition |
| | A | 2/3/20 | X | X | Morrissey Credit Memo Dated 4/5/13 |
| | B | 2/3/20 | | | Morrissey Credit Memo Dated 4/2/13 |
| | C | 2/3/20 | | | Morrissey Credit Memo Dated 3/26/13 |
| | D | 2/3/20 | | | Copy of Check from Noil Energy Group to Morrissey Oil USA #1726 |
| | E | 2/3/20 | | | Copy of Check from Noil Energy Group to Morrissey Oil USA #1737 |
| X | | 2/5/20 | | | Joshua Wallace |
| | F | 2/5/20 | X | X | Copy of letter from USMS (12 pages) |
| | G | 2/5/20 | X | X | Email from Morrissey Oil to TCM |
| | H | 2/5/20 | X | X | Letter from Pillar Law Firm |
| X | | 2/5/20 | | | Jacob Kingston |
| | I-1 | 2/12/20 | X | X | Bank of Utah bank statement without counsel notes. |
| | K | 2/12/20 | X | X | Document re: United Fuel Supply, LLC |
| | L | 2/12/20 | X | X | Account statement for Washakie 4/2011 |
| | M | 2/13/20 | X | X | Account statement for Washakie (compilation) |
| X | | 2/18/20 | | | Deryl Leon |

1

| X | | 2/18/20 | | | Isaiah Kingston |
|---|---|---|---|---|---|
| | P | 2/18/20 | X | X | Text messages |
| | Q | 2/19/20 | X | X | Email from Isaiah Kingston to Jacob Kingston |
| | R | 2/20/20 | X | X | Merrill Lynch Report Edwin Tangalo |
| | S | 2/20/20 | X | X | UFS India Meeting Agenda/Minutes |
| | T | 2/20/20 | X | X | Imessage from Jacob Kingston to Isaiah Kingston |
| | U | 2/20/20 | X | X | WRE Debt Summary Schedule – May 21, 2015 |
| | V | 2/20/20 | X | X | Bank of Utah statement 3/31/15 redacted |
| X | | 2/20/20 | | | Shimon Katz |
| X | | 2/24/20 | | | Anna Avagyan |
| | C-1 | 2/24/20 | X | X | Email from Rachel Kingston dated 6/20/2012 re: ACH is not approved |
| | W | 2/24/20 | X | X | Email from Levon to Rachel dated 9/15/15 subject Viscon Int Inc pick-up on Monday. |
| | X | 2/24/20 | X | X | Email from Levon to Aaron Roundy 11/18/2014 re: Urgent ACH Error |
| | Y | 2/24/20 | X | X | Email from Levon to Rachel Kingston 5/18/12 Re please void invoice |
| | Z | 2/24/20 | X | X | Email from Levon to Rachel 4/20/12 re: Delivery Issue |
| X | | 2/24/20 | | | Nicolas Steele |
| X | | 2/24/20 | | | Zubair Kazi |
| | AA | | | | Email from Jason Foulger to Steve Poludniak dated 10/3/14 |
| | CC | 2/25/20 | X | X | Lawsuit Kazi v Washsakie, Lion Aviation, et al |
| | | 3/2/20 | | | Michael Porter |
| | | 3/3/20 | | | Daniel McDyre |
| | DD | | | | Grand Jury Subpoena for Zubair Kazi |
| | EE | 3/2/20 | X | X | Letter from Arman to McDyre dated 4/2/18 |
| | | 3/3/20 | | | Special Agent Stephen Washburn |
| | GG | 3/5/20 | X | X | Band of America bank statement for 3/1/15 – 3/31/15 SBK Holdings |
| | HH | 3/5/20 | X | X | Chase Bank Statement April 1 – April 30, 2015 Washakie Renewable Energy |
| | II | 3/5/20 | X | X | Chase Bank Statement April 1 – April 30, 2015 Washakie Renewable Energy |
| | JJ | 3/5/20 | X | X | Bank of America checking account 1 page 11/1/16 – 11/31/16 SBK Holdings |
| | KK | 3/9/20 | X | X | Interest Bearing Intragroup Loan Agreement between SBK Holding and Washakie Renewable Energy LLC |
| | LL | 3/9/20 | X | X | Merrill Lynch Statement |

| | MM | 3/9/20 | X | X | LMA Account |
|---|---|---|---|---|---|
| | NN | 3/9/20 | X | X | Email from Jacob Kingston to William Rooz dated 5/14/13 |
| | OO | 3/9/20 | X | X | Washakie Renewable Energy Statement of Cash Flow Chart. |
| | 6-178 | 3/9/20 | X | X | Picture of Jacob Kingston, Baran Korkmaz, and Grigor Termendzhyan hunting |
| | | 3/9/20 | | | Isaac Chan |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

UNITED STATES OF AMERICA
V.
LEV ASLAN DERMEN,
a/k/a Levon Termendzhyan

**UNITED STATES' EXHIBIT LIST**
Updated: 03-09-2020

Case Number: 2:18-CR-00365-JNP-BCW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Judge Jill N. Parrish | Richard M. Rolwing, Leslie A. Goemaat, Arthur J. Ewenczyk, John E. Sullivan | Mark J. Geragos, Setara Qassim, Linda Moreno, Arthur Karagezian, & Jon Williams |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| January 27, 2020 – March 20, 2020 | | Stephanie Schaerrer |

| PLF. NO. | PAGE COUNT | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1-1 | 372 | | | 2/5 | SUMMARY OF 39 CLAIMS FOR REFUND FILED WITH THE IRS ON BEHALF OF WRE AND UFS |
| 1-2 | 106 | | | 2/5 | SUMMARY OF TREASURY CHECKS ISSUED TO WRE |
| 1-2.1 | 2 | | | 3/3 | PAGES 1 & 2 OF EXHIBIT 1-2 AS CORRECTED IN COURT ON 03/03/2020 BY AGENT WASHBURN |
| 1-3 | 274 | | | 2/5 | SUMMARY OF 39 CLAIMS FOR REFUNDS PREPARED FOR WRE AND UFS BY THINKTRADE |
| 1-3.1 | 2 | | | 3/3 | PAGES 1 & 2 OF EXHIBIT 1-3 AS CORRECTED IN COURT ON 03/03/2020 BY AGENT WASHBURN |
| 1-4 | 223 | | | 2/10 | SUMMARY OF WRE, CATAN, AND SCM FINANCIAL TRANSACTIONS AUG 2013-MAR 2014 |
| 1-5 | 51 | | | 3/3 | SUMMARY OF WRE OUTGOING WIRE TRANSFER REQUESTS TO CATAN |
| 1-6 | 40 | | | 2/11 | SUMMARY OF WRE, CATAN, AND SCM FINANCIAL TRANSACTIONS SEP-OCT 2014 |
| 1-7 | 17 | | | 2/11 | SUMMARY OF WRE, CATAN, AND SCM FINANCIAL TRANSACTIONS APRIL 2015 |
| 1-8 | 29 | | | 2/18 | SUMMARY OF WRE, CATAN, AND SCM FINANCIAL TRANSACTIONS NOV 2015-JAN 2016 |
| 1-9 | 21 | | | 2/18 | SUMMARY OF WRE, UFS, XENA, AND UNION FUELS FINANCIAL TRANSACTIONS NOV 2015-JUNE 2016 |
| 1-10 | 13 | | | 2/20 | FLOW OF FUNDS MARCH 16 THRU MAY 27, 2015 |
| 1-11 | 2 | | | 3/3 | SUMMARY OF BANK RECORDS |
| 2-1 | 35 | | | 2/18 | GOVERNMENT EXHIBIT 2-1 |
| 2-2 | 20 | | | 2/10 | FUNDS TRANSFERRED TO AND FROM WASHAKIE AND SBK HOLDINGS USA, INC. |
| 2-3 | 65 | | | 2/10 | SUMMARY OF INTERNATIONAL WIRE TRANSFERS |
| 2-4 | 7 | | | 2/19 | SUMMARY OF FUNDS TRANSFERRED TO AN ACCOUNT IN THE NAME OF JACOB KINGSTON IN TURKEY |

| 2-5 | 17 | | | 3/4 | FLOW OF FUNDS RE PURCHASE OF 2010 BUGATTI VEYRON |
|---|---|---|---|---|---|
| 2-6 | 3 | | | 3/3 | 15.11.13 AMEX CENTURION CARD STATEMENT RE NEW CREDIT CARD FOR ISAIAH KINGSTON, JACOB KINGSTON, AND LEVON TERMENDZHYAN |
| 2-7 | 21 | | | 3/3 | FLOW OF FUNDS RE TERMENDZHYAN-KORKMAZ JOINT BANK ACCOUNT |
| 2-8 | 10 | | | 2/19 | SUMMARY OF 2018 WIRE TRANSFERS TO TURKEY |
| 2-9 | 2 | | | 3/3 | SIGNATURE CARD FOR SPEEDY LION RENEWABLE FUEL INVESTMENTS ACCOUNT #0399 |
| 2-9.1 | 50 | | | 3/4 | SPEEDY LION RENEWABLE FUELS INVESTMENTS BANK STATEMENTS 2014 |
| 2-11 | 2 | | | 3/4 | 15.07.01 ISANNE LOAN TO SBK USA |
| 2-14 | 1 | | | 3/4 | ISSANE S.A.R.L. COMPANY STRUCTURE |
| 2-15 | 12 | | | 3/4 | RESPONSE FROM MALTA RE: MLAT |
| 3-1 | 24 | | | 3/4 | FLOW OF FUNDS RE $11.2 MILLION LOAN TO ZUBAIR KAZI |
| 3-7 | 3 | | | 2/24 | 10.03.16 BUGATTI CERTIFICATE OF VEHICLE ORIGIN, BILL OF SALE AND TRANSPORT INVOICE |
| 3-8 | 1 | | | 2/25 | 13.07.03 PASSPORT STAMP |
| 3-9 | 1 | | | 3/2 | SUMMARIES OF TRANSACTIONS WITH NOIL-VISCON-WRE |
| 3-10 | 2 | | | 2/25 | 13.06.21 WRE TRANSFERS $11,226,211.21 TO MCDONALD HOPKINS TRUST ACCOUNT |
| 3-11 | 67 | | | 2/25 | 13.07.01 LIENS |
| 3-12 | 1 | | | 2/25 | 13.08.27 SIGNATURE CARD (ZUBAIR KAZI AND LEVON TERMENDZHYAN) |
| 3-13 | 4 | | | 2/25 | 13.10.01 OCTOBER 1, 2013 AND OCTOBER 3, 2013 DEPOSIT OF $2,000,000 |
| 3-14 | 3 | | | 2/25 | 14.06.04 JUNE 4, 2014 WITHDRAWAL OF $1,000,000 |
| 3-15 | 1 | | | 2/25 | 14.06.04 DEPOSIT OF $1,000,000 TO NOIL ENERGY ACCOUNT |
| 3-16 | 1 | | | 2/25 | 14.06.04 SIGNATURE CARD FOR NOIL ENERGY ACCOUNT |
| 3-17 | 4 | | | 2/25 | 15.04.23 APRIL 23, 2015 WITHDRAWAL OF $1,000,000 |
| 3-18 | 4 | | | 2/25 | 15.04.23 APRIL 23, 2015 DEPOSIT OF $1,000,000 (SBK ACCOUNT) |
| 3-19 | 2 | | | 2/25 | 15.04.20 SIGNATURE CARD FOR SBK ACCOUNT |
| 3-23 | 3 | | | 2/25 | 15.02.02 PROMISSORY NOTE BY KAZI FOODS, INC FOR $12 MILLION TO SBK HOLDINGS USA |
| 3-25 | 9 | | | 2/25 | 15.02.06 SUBSTITUTION OF TRUSTEE AND RECONVEYANCE DEED BACK TO ZUBAIR KAZI |
| 3-28 | 1 | | | 2/25 | 15.02.20 SUMMARY OF PAYMENTS TO PILLAR LAW TRUST AND SBK HOLDINGS - TOTAL $1,330,000 |
| 3-29 | 17 | | | 2/25 | BANK RECORDS OF PAYMENTS TO PILLAR LAW TRUST ACCOUNT (SBK HOLDING USA) |
| 3-30 | 5 | | | 2/25 | 17.07.14 LIONS AVIATION, LLC COMPLAINT |
| 4-1 | 1 | | | 1/30 | 12.03.24 PHOTOGRAPH OF LEV DERMEN AND JOSEPH FURANDO (MIAMI, FLORIDA) |

| | | | | | |
|---|---|---|---|---|---|
| 4-2 | 1 | | | 1/30 | 12.03.29 PHOTOGRAPH OF LEV DERMEN AND JACOB KINGSTON (LOS ANGELES, CALIFORNIA) |
| 4-3 | 3 | | | 1/30 | 12.05.08 EMAIL TO KATIRINA TRACY ATTACHING CARAVAN CONTRACT |
| 4-4 | 3 | | | 1/30 | 12.06.08 EMAIL TO KATIRINA TRACY ATTACHING CARAVAN CONTRACT |
| 4-5 | 1 | | | 1/30 | 12.05.17 INVOICE FROM SUNBELT AG SUPPLY TO WASHAKIE |
| 4-7 | 3 | | | 1/30 | 12.06.20 EMAIL FROM JACOB KINGSTON TO KATIRINA TRACY RE INVOICES |
| 4-8 | 2 | | | 1/30 | 12.06.20 EMAIL FROM JACOB KINGSTON TO KATIRINA TRACY ATTACHING MODIFIED INVOICE |
| 4-9 | 12 | | | 1/30 | 12.06.20 EMAIL FROM KATIRINA TRACY TO HILDAGO ATTACHING INVOICES FOR 6 RAILCARS |
| 4-10 | 2 | | | 1/30 | 12.07.11 EMAIL FROM JACOB KINGSTON TO KATIRINA TRACY RE TEST RESULTS |
| 4-12 | 8 | | | 2/10 | UFS INVOICES TO NOIL ENERGY AND BILLS OF LADING |
| 5-35 | 1 | | | 2/18 | 12.10.17 EMAIL FROM JACOB KINGSTON TO GREG PERRIN, PHILIP CAHIL, JUSTIN DIVIS AND DERYL LEON RE FEEDSTOCK |
| 5-43 | 4 | | | 2/18 | 13.06.03  FOUR F INVOICES FROM SITE 5 BOX 43 LOG 107 |
| 5-44 | 3 | | | 2/18 | 13.07.25 EMAIL FROM DERYL LEON TO STEVEN P AND BRIAN K AT WESTWAY ATTACHING PICTURE OF LAMBORGHINI |
| 5-70 | 1 | | | 2/18 | PHOTO OF DERYL LEON AND JACOB KINGSTON AND JET |
| 5-71.1 | 1 | | | 2/18 | PHOTO OF DERYL LEON AND LEV DERMEN |
| 5-77 | 1 | | | 2/18 | PHOTO OF CHEM 300 |
| 5-78 | 5 | | | 2/18 | 14.03.17 TEXT MESSAGES BETWEEN JACOB KINGSTON AND DERYL LEON |
| 5-85 | 1 | | | 2/18 | 14.10.12 TEXT MESSAGES BETWEEN JACOB KINGSTON AND DERYL LEON |
| 5-87 | 3 | | | 2/18 | 14.11.20 TEXT MESSAGES BETWEEN JACOB KINGSTON AND DERYL LEON |
| 5-88 | 2 | | | 2/18 | 15.01.22 TEXT MESSAGES BETWEEN JACOB KINGSTON AND DERYL LEON |
| 6-1 | 1 | | | 2/6 | 11.12.29 NOIL INVOICE |
| 6-3 | 36 | | | 2/6 | 12.01.13 WRE APPLICATION FOR CALIFORNIA LCFS-INCL. NOIL CONTRACT |
| 6-4 | 1 | | | 2/5 | 12.03.09 EMAIL FROM JACOB KINGSTON TO RACHEL KINGSTON RE ROYAL ENERGY PROJECT - ADD RINS AND $1.50 FOR TAX CREDIT |
| 6-5 | 2 | | | 2/6 | 12.02.05 EMAIL FROM JACOB KINGSTON TO DERYL LEON EXPLAINING CHECKLIST |
| 6-6 | 11 | | | 2/6 | 12.04.30 EMAIL FROM JUSTIN DIVIS TO JACOB KINGSTON AND ISAIAH KINGSTON RE NOIL OPEN BALANCES |
| 6-7.1 | 1 | | | 2/6 | 12.08.06 EMAIL FROM DANIEL MCDYRE TO JACOB KINGSTON RE FW GEORGE'S PASSPORT |
| 6-7.2 | 4 | | | 2/6 | 12.08.09 AFFIDAVIT SIGNED BY GEORGE TERMENDZHYAN FROM 3 SITE 7 BOX 14 LOG 16 |
| 6-7.3 | 1 | | | 2/6 | 12.08.10 EMAIL FROM DANIEL MCDYRE TO JACOB KINGSTON RE TRACKING NUMBER FOR SINGAPORE |
| 6-9 | 8 | | | 2/10 | 12.09.25 EMAIL FROM JACOB KINGSTON TO ISAIAH KINGSTON AND AMY PETERSON RE INV #S 2537 AND 2538 |
| 6-10 | 3 | | | 2/6 | PAGES 10-12  FROM UFS #3850 CHECKS (2012) |

| 6-10.1 | 2 |  |  | 2/6 | 12.05.11 EMAIL FROM RACHEL KINGSTON TO LIONTANKLINES@YAHOO.COM, ISAIAH KINGSTON, AND MILES STEPHENS RE RIN INVOICE |
|--------|---|--|--|-----|---|
| 6-10.2 | 2 |  |  | 2/6 | 12.07.18 EMAIL FROM ISAIAH KINGSTON TO MILES STEPHENS, ISAIAH KINGSTON, RACHEL KINGSTON RE INVOICE FOR RIN SALE |
| 6-13 | 2 |  |  | 2/6 | 12.10.25 EMAIL FROM DANIEL MCDYRE TO JACOB KINGSTON RE BIO DIESEL BOARD - AUDIT |
| 6-14 | 2 |  |  | 2/6 | 12.05.02 UNITED FUEL SUPPLY AND NOIL CONTRACT |
| 6-16 | 9 |  |  | 2/18 | 12.10.24 EMAIL FROM PHILLIP CAHILL TO ISAIAH KINGSTON AND JACOB KINGSTON RE SCM BIO FUEL CONTRACTS, WITH ATTACHMENTS |
| 6-18.1 | 5 |  |  | 2/3 | 12.11.02 EMAIL FROM JACOB KINGSTON TO GREG PERRIN, ISAIAH KINGSTON, CAHILL AND JUSTIN DIVIS RE ALTERING CONTRACT |
| 6-18.2 | 3 |  |  | 2/6 | 12.11.02 FEEDSTOCK PURCHASE AGREEMENT WITH COA |
| 6-20 | 1 |  |  | 2/10 | 13.02.19 EMAIL FROM AMY PETERSON TO JACOB KINGSTON RE BELIZE BANKING APPLICATION FOR LIONS GAMING |
| 6-23 | 4 |  |  | 2/10 | 13.01.05 EMAIL FROM JACOB KINGSTON TO PHILIP CAHILL, RACHEL KINGSTON AND ISAIAH KINGSTON RE MORRISSEY BIO |
| 6-24 | 2 |  |  | 2/10 | 13.02.13 EMAIL FROM JACOB KINGSTON TO PHILIP CAHILL ET AL. RE NEW COMPANY - BIO CONTRACTS |
| 6-25 | 1 |  |  | 2/10 | 13.05.17 JACOB KINGSTON LETTER TO JOSHUA WALLACE RE PAYING NOIL THE $675,000 OWED TO WRE |
| 6-28 | 1 |  |  | 2/10 | 13.12.01 ASSIGNMENT OF INTEREST IN JSK LEASING BETWEEN JACOB KINGSTON AND LEV DERMEN |
| 6-30 | 1 |  |  | 2/6 | WRE $1,324,670 CHECK PAYABLE TO NOIL ENERGY GROUP |
| 6-31 | 1 |  |  | 2/10 | 13.06.05 CHECK FROM JACOB KINGSTON TO NOIL FOR $3,000,000 |
| 6-35 | 4 |  |  | 2/10 | 13.09.09 ISAIAH KINGSTON EMAIL TO JACOB KINGSTON RE WIRE PROOFS |
| 6-37.1 | 1 |  |  | 2/10 | 13.09.19  PHOTOGRAPH OF TRIP TO GREECE |
| 6-37.3 | 1 |  |  | 2/10 | 13.09.19  PHOTOGRAPH OF MIRA |
| 6-39 | 5 |  |  | 2/10 | 13.09.23 PARTNERSHIP AGREEMENT BETWEEN KOMAK AND WRE |
| 6-40 | 1 |  |  | 2/10 | 13.11.12 EMAIL FROM JACOB KINGSTON TO ISAIAH KINGSTON RE PAYMENT DETAILS FOR SBK HOLDING |
| 6-41 | 4 |  |  | 2/10 | 13.12.05 EMAIL FROM LAD TO JACOB KINGSTON RE AIRLINE RESERVATION TO TURKEY |
| 6-43 | 1 |  |  | 2/10 | 14.03.12 EMAIL FROM UMUT UYGUN TO JACOB KINGSTON RE $10,000,000 TRANSFER TO TURKEY IN ACCOUNT OPENED IN JACOB KINGSTON'S NAME |
| 6-44.2 | 1 |  |  | 2/11 | 14.03.16  PHOTOGRAPH OF JACOB KINGSTON AND LEV DERMEN |
| 6-44.3 | 1 |  |  | 2/10 | 14.03.17 PHOTO OF JACOB KINGSTON, LEV DERMEN, PLANE AND GOLD FERRARI EN ROUTE LA TO HOUSTON |
| 6-44.5 | 1 |  |  | 2/18 | 14.04.11  PHOTO OF GOLD CAR |
| 6-45.1 | 8 |  |  | 2/10 | 14.03.28  EMAIL FROM UMUT UYGUN TO JACOB KINGSTON AND BARAN KORKMAZ ATTACHING SETAPP ASSETS |
| 6-45.2 | 6 |  |  | 2/10 | DEEDS ATTACHED TO 03.28.14 EMAIL |
| 6-47 | 2 |  |  | 2/11 | 14.09.11 EMAIL FROM JACOB KINGSTON TO UMUT UYGUN RE WIRE INSTRUCTIONS FORM FOR INTERNATIONAL INCOMING WIRES |
| 6-47.1 | 3 |  |  | 2/11 | 14.09.13 EMAILS BETWEEN JACOB KINGSTON AND UMUT UYGUN RE YOUR INVESTMENT |
| 6-50 | 22 |  |  | 2/11 | MANILA FOLDER 2014 8849 FROM SITE 7 BOX 14 LOG 16 |
| 6-54.1 | 5 |  |  | 2/10 | 14.09.10 JOK TEXTS (PROBLEM NO MONEY) WITH BARAN |

| | | | | | |
|---|---|---|---|---|---|
| 6-54.6 | 5 | | | 2/11 | 14.11.15 JOK TEXTS (PAY NOW) WITH BARAN |
| 6-54.7 | 4 | | | 2/11 | 14.12.06 JOK TEXTS (SELLING SETAPP) WITH BARAN |
| 6-54.8 | 1 | | | 2/11 | 14.12.10 JOK TEXTS ($643M) WITH BARAN |
| 6-57 | 2 | | | 2/11 | 17.03.11 TEXT MESSAGES BETWEEN JACOB KINGSTON AND SANTIAGO GARCIA RE (MR L) |
| 6-58 | 5 | | | 2/11 | 17.03.24 TEXT MESSAGES BETWEEN JACOB KINGSTON AND SANTIAGO GARCIA RE FELIX CISNEROS (FELIX CISNEROS) |
| 6-58.1 | 1 | | | 2/11 | SCREENSHOT OF LEVON TEXTS WITH JACOB KINGSTONG, SENT TO SANTIAGO GARCIA |
| 6-60 | 4 | | | 2/11 | 15.04.29 TEXT MESSAGES BETWEEN JACOB KINGSTON AND JOHN SALDIVAR |
| 6-62 | 73 | | | 2/10 | 15.04.29 TEXT MESSAGES BETWEEN JACOB KINGSTON AND LEVON TERMENDZHYAN |
| 6-62.3 | 8 | | | 2/10 | 14.01.14 JOK TEXTS (LASVEGAS, DOGA) WITH LEVON |
| 6-62.6 | 2 | | | 2/11 | 14.02.19 JOK TEXTS (NARDIN) WITH LEVON |
| 6-62.7 | 6 | | | 2/10 | 14.03.05 JOK TEXTS (VAT) WITH LEVON |
| 6-62.8 | 3 | | | 2/10 | 14.03.17 JOK TEXTS (UFS, YIDA) WITH LEVON |
| 6-62.10 | 3 | | | 2/10 | 14.04.18 JOK TEXTS (CAHILL, KAZI) WITH LEVON |
| 6-62.11 | 6 | | | 2/10 | 14.05.10 JOK TEXTS (UFS, HOUSE)WITH LEVON |
| 6-62.13 | 2 | | | 2/10 | 14.07.03 JOK TEXTS (FEDERAL PROSECUTOR CY CASTLE) WITH LEVON |
| 6-62.14 | 4 | | | 2/10 | 14.08.04 JOK TEXTS (TURKEY) WITH LEVON |
| 6-62.15 | 2 | | | 2/10 | 14.09.05 JOK TEXTS (100 MORE) WITH LEVON |
| 6-62.17 | 1 | | | 2/10 | 14.11.05 JOK TEXTS (KAREN VOYTEK) WITH LEVON |
| 6-62.18 | 6 | | | 2/11 | 15.01.30 JOK TEXTS (THESE DAYS) WITH LEVON |
| 6-62.19 | 1 | | | 2/11 | 15.01.15 JOK TEXTS (BRAD DENNIS) WITH LEVON |
| 6-62.20 | 3 | | | 2/11 | 15.04.10 JOK TEXTS (BELIZE) WITH LEVON |
| 6-62.21 | 3 | | | 2/11 | 15.04.25 JOK TEXTS (SETAPP, BELIZE) WITH LEVON |
| 6-62.22 | 2 | | | 2/11 | 15.03.04 JOK TEXTS (VERSAL) FROM LEVON |
| 6-64.1 | 3 | | | 2/11 | SUMMARY OF WHATSAPP TEXT MESSAGES BETWEEN JACOB KINGSTON AND LEVON TERMENDZHYAN (WITH EMOJIS) |
| 6-66.4 | 6 | | | 2/10 | 14.03.31 JOK TEXTS (CONFERNCE, TRANSFER) WITH UMUT |
| 6-66.9 | 5 | | | 2/10 | 14.08.31 JOK TEXTS (SWITZ) WITH UMUT |
| 6-66.11 | 5 | | | 2/11 | 14.09.11 JOK TEXTS (MONEY) WITH UMUT |
| 6-66.12 | 1 | | | 2/11 | 15.01.15 JOK TEXTS (DENNIS) WITH UMUT |
| 6-73 | 5 | | | 2/11 | RACHEL KINGSTON EMAIL TO JACOB KINGSTON RE CASH SHEET SENT TO ISAIAH KINGSTON WITH ATTACHMENT (METADATA) |
| 6-74 | 1 | | | 2/11 | 15.06.01 JACOB KINGSTON EMAIL TO ISANNE S.A.R.L. BANK IN LUXEMBOURG RE SBK HOLDINGS INVESTMENTS IN HOTEL AND BIOPHARMA COMPANY |

| 6-79 | 29 | | | 2/11 | 15.10.13 EMAIL FROM NOILENERGYGROUPINC@YAHOO.COM TO RACHEL KINGSTON AND ZARA ABELYAN RE INVOICES FOR VISCON FUEL ADDITIVE 10-15 |
| 6-80 | 2 | | | 2/11 | 16.01.13 ADDITIONAL PROTOCOL TO THE PARTNERSHIP AGREEMENT BETWEEN KOMAK AND WRE |
| 6-82 | 9 | | | 2/11 | 18.04.15 SETTLEMENT AGREEMENT AND MUTUAL RELEASE BETWEEN VISCON AND THE WRE PARTIES |
| 6-84 | 6 | | | 3/4 | 2015  ISANNE S.A.R.L. GARANTI BANK STATEMENTS |
| 6-85 | 3 | | | 2/11 | 14.08.19 DECLARATION OF JACOB KINGSTON |
| 6-86 | 3 | | | 3/3 | 14.08.19 DECLARATION OF LEVON TERMENDZHYAN |
| 6-88 | 1 | | | 2/11 | PHOTO OF DERYL LEON AND JACOB KINGSTON AND JET |
| 6-90 | 18 | | | 2/11 | PHOTOS OF HUNGTINGTON BEACH HOUSE FROM ZILLOW |
| 6-95 | 2 | | | 2/10 | 14.01.13  CERTIFICATES OF SHARES - LEVON TERMENDZHYAN AND JACOB KINGSTON |
| 6-96 | 1 | | | 3/4 | 14.09.10  CERTIFICATES OF SHARES - LEVON TERMENDZHYAN 100% |
| 6-100.1 | 19 | | | 2/11 | DRAFT SUMMARY OF JACOB KINGSTONS PASSPORT AND AMEX TRAVEL RECORDS |
| 6-100.2 | 1 | | | 2/10 | DRAFT SUMMARY OF LEVON TERMENDZHYAN AND JACOB KINGSTON TRAVEL TO BELIZE AND TURKEY |
| 6-100.3 | 13 | | | 2/10 | DRAFT SUMMARY OF JACOB KINGSTON'S TRAVEL RELATED TO LEVON TERMENDZHYAN |
| 6-100.3.1 | 246 | | | 3/9 | DRAFT SUMMARY OF JACOB KINGSTON'S TRAVEL RELATED TO LEVON TERMENDZHYAN (WITH UNDERLYING RECORDS) |
| 6-101 | 4 | | | 3/4 | 17.10.17 DECLARATION OF LEVON TERMENDZHYAIN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DEPOSITION |
| 6-102 | 10 | | | 2/10 | 14.01.13  MINUTES OF THE ORGANIZATIONAL MEETINGS OF DIRECTORS OF SBK HOLDINGS |
| 6-120 | 1 | | | 2/11 | 17.05.17  PHOTOGRAPH OF ERDOGAN SHAKING HANDS WITH JACOB KINGSTON |
| 6-160 | 1 | | | 2/11 | PHOTOGRAPH OF QUEEN ANNE |
| 6-161 | 1 | | | 2/11 | PHOTOGRAPH OF QUEEN ANNE (NAME) |
| 6-168 | 1 | | | 2/10 | 14.08.11 PHOTOGRAPH OF JACOB KINGSTON AND LEV DERMEN AT SBK TURKEY |
| 6-169 | 1 | | | 2/10 | 14.01.18  VIDEO TOUR OF UFS TURKEY OFFICES |
| 6-169.2 | 3 | | | 3/3 | SIDE BY SIDE TRANSCRIPT OF UFS TURKEY OFFICES [3 PAGES] |
| 6-178 | 1 | | | 3/5 | PHOTO OF JOK AND SBK AND GRIGOR |
| 6-196 | 1 | | | 2/11 | 15.05.23  PHOTOGRAPH OF KINGSTON FAMILY AND LEV DERMEN ON BOAT IN TURKEY |
| 6-197 | 1 | | | 2/6 | PHOTOGRAPH OF LEV DERMEN, JACOB KINGSTON, SALLY KINGSTON, AND CRAB |
| 6-202 | 1 | | | 2/11 | 15.03.16  PHOTOGRAPH OF TWO IRS CHECKS |
| 6-203 | 1 | | | 2/10 | 14.04.18  PHOTOGRAPH OF JACOB KINGSTON AND BARAN KORKMAZ AT WRE TURKEY SETAPP |
| 6-204 | 1 | | | 2/10 | 14.04.18  PHOTOGRAPH OF APARTMENT |
| 6-205 | 7 | | | 2/10 | 14.06.28  PHOTOGRAPH OF WRE GJ SUBPOENA |
| 6-207 | 1 | | | 2/11 | 15.04.26  PHOTOGRAPH OF FLIP PHONE WITH KOMAK WIRE INFO |

| 6-222 | 14 | | | 2/11 | 15.06.16 MEGA VARLEK BOARD OF DIRECTORS MEETING RESOLUTION ATTACHING CONFIDENIALITY AGREEMENT |
|---|---|---|---|---|---|
| 6-225.1 | 2 | | | 3/5 | 16.01.13 JOK SIGNED ADDITIONAL PROTOCOL KOMAK AGREEMENT |
| 6-226 | 4 | | | 2/10 | VISCON INT'L – WASHAKIE AGREEMENT |
| 6-227 | 7 | | | 2/11 | 16.08.15 LOAN AGREEMENT WRE AND SBK [PAGES 13 to 19] |
| 6-235 | 3 | | | 2/10 | 13.06.24 BANK OF UTAH WIRE TRANSFER RECORD RE: $742,500 SENT FROM WRE TO RALPH FONSESCA |
| 6-236 | 4 | | | 3/5 | 160101 VISCON AGREEMENT (SINGAPORE) |
| 6-237 | 4 | | | 3/5 | 160101 VISCON AGREEMENT (INDONESIA) |
| 6-238 | 4 | | | 3/5 | 160101 VISCON AGREEMENT (MALAYSIA) |
| 6-240 | 1 | | | 2/10 | 14.04.07 UMUT EMAIL OF DEED FOR VILLA IN BELERBEYI |
| 7-1 | 28 | | | 2/11 | TEXT MESSAGES BETWEEN JACOB KINGSTON AND ISAIAH KINGSTON |
| 7-1.1 | 1 | | | 2/19 | PHOTO OF UFS TURKEY SIGN |
| 7-1.2 | 1 | | | 3/5 | PHOTO OF SETAPP BUSINESS CARD |
| 7-1.4 | 1 | | | 2/11 | PHOTO SETAP SWIFT CODE |
| 7-1.5 | 1 | | | 2/11 | PICTURE OF ISANNE SARL SWIFT CODE |
| 7-1.7 | 1 | | | 2/19 | PHOTO OF WIRE REQUEST TO SETAP |
| 7-1.8 | 1 | | | 2/19 | VERSAL WIRE INSTRUCTIONS |
| 7-1.11 | 4 | | | 2/19 | SUBPOENA TO HIGHER GROUND |
| 7-2 | 28 | | | 2/19 | WHATSAPP MESSAGES BETWEEN JACOB KINGSTON AND ISAIAH KINGSTON |
| 7-2.1 | 1 | | | 2/19 | PHOTOGRAPH OF WIRING INSTRUCTIONS TO STONE ISI YALITIM SANAYI VE TICARET |
| 7-2.2 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO STONE ISI YALITIM SANAYI VE TICARET |
| 7-2.3 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO STONE ISI YALITIM SANAYI VE TICARET |
| 7-2.4 | 1 | | | 2/19 | SCREENSHOT OF ADVERTISEMENT FOR SALE OF LAMBORGHINI AND FERRARI |
| 7-2.5 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO STONE ISI YALITIM SANAYI VE TICARET |
| 7-2.6 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO STONE ISI YALITIM SANAYI VE TICARET |
| 7-2.7 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE INSTRUCTIONS TO BLANE TEKNOLOJI |
| 7-2.8 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO BLANE TEKNOLOJI |
| 7-2.9 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO BLANE TEKNOLOJI |
| 7-2.10 | 1 | | | 2/19 | PHOTOGRAPH OF WIRE CONFIRMATION TO BLANE TEKNOLOJI |
| 7-3 | 4 | | | 2/19 | TEXT MESSAGES BETWEEN JACOB KINGSTON AND ISAIAH KINGSTON |
| 7-4 | 2 | | | 2/18 | 13.03.08 CHATS BETWEEN ISAIAH KINGSTON AND JACOB KINGSTON |

| 7-5 | 12 | | | 2/19 | SUMMARY OF 7.02 (IEK AND JOK WHATSAPP MESSAGES) |
|---|---|---|---|---|---|
| 7-6 | 1 | | | 2/18 | NOIL CASHIER'S CHECK |
| 7-8 | 2 | | | 2/18 | TRUE UP SPREADSHEET FROM SITE 5 BOX 46 LOG 110 |
| 7-13 | 2 | | | 2/18 | 13.03.28 EMAIL FROM JUSTIN DIVIS TO ISAIAH KINGSTON RE ALTERING INVOICE |
| 7-14 | 2 | | | 2/18 | 13.03.28 EMAIL FROM JUSTIN DIVIS TO ISAIAH KINGSTON ATTACHING ALTERED INVOICE |
| 7-21 | 8 | | | 2/18 | 12.09.25 EMAIL FROM JACOB KINGSTON TO ISAIAH KINGSTON AND AMY PETERSON RE INV #S 2537 AND 2538 |
| 7-24 | 5 | | | 2/19 | 15.05.25 RACHEL KINGSTON EMAIL TO ISAIAH KINGSTON RE CASH SUMMARIES WITH ATTACHED SPREADSHEET (METADATA) |
| 7-25 | 3 | | | 2/20 | 15.10.01 EMAIL FROM ISAIAH KINGSTON TO JACOB KINGSTON RE MONEY SENT WITH ATTACHED SPREADSHEET |
| 7-26 | 1 | | | 2/19 | 15.11.18 EMAIL FROM AMEX TO ISAIAH KINGSTON RE UPDATING CARD TO INCLUDE LEVON TERMENDZHYAN |
| 7-27 | 2 | | | 2/19 | 14.03.12 EMAIL FROM JACOB KINGSTON TO ISAIAH KINGSTON RE BANK AND ASSET MGMT CO. |
| 7-30 | 1 | | | 2/19 | 15.12.09 $200,000 WELLS FARGO WITHDRAWAL SLIP SIGNED BY ISAIAH KINGSTON |
| 7-31 | 3 | | | 2/6 | 12.08.28 UFS BANK OF UTAH STATEMENT |
| 7-32 | 3 | | | 2/19 | DOC 40 AFFIDAVIT OF ISAIAH KINGSTON #1 |
| 7-33 | 2 | | | 2/19 | DOC 85 AFFIDAVIT OF ISAIAH KINGSTON #2 |
| 7-34 | 7 | | | 2/20 | 15.06.05 EMAIL FROM MICHAEL HOGLUND ATTACHING DEBT SUMMARY |
| 8-1 | 37 | | | 2/18 | FLOW OF FUNDS -- PURCHASE OF 2072 EAST CREEK ROAD |
| 8-1.1 | 5 | | | 3/9 | MERRILL LYNCH #1352 STATEMENTS FOR JUNE AND JULY 2013 |
| 8-1.2 | 3 | | | 3/9 | MERRILL LYNCH SUMMARY OF ACCOUNTS RE: COLLATERAL ACCOUNT |
| 8-1.3 | 1 | | | 3/5 | DEMONSTRATIVE EXHIBIT 03.05.2020 |
| 8-1.4 | 24 | | | 3/9 | MERRILL LYNCH #4821 STATEMENTS FOR MAY, JUNE, AND JULY 2013 |
| 8-2 | 3 | | | 2/19 | 13.08.02 $675,034 WIRE FROM WRE TO MERIDIAN TITLE |
| 8-6 | 8 | | | 2/10 | 13.07.29 PURCHASE CONTRACT FOR 2072 E. CREEK ROAD, SANDY U |
| 9-1 | 2 | | | 3/4 | 14.03.05 WIRE TRANSFER REQUEST RE $483,000 TO TURKEY |
| 9-2 | 1 | | | 3/4 | 14.03.05 $483,000 WIRE FROM WRE TO GARANTI BANK, TURKEY |
| 9-3 | 2 | | | 3/4 | FLOW OF FUNDS $483,000 WIRE TRANSFER TO TURKEY |
| 10-1 | 11 | | | 3/4 | FLOW OF FUNDS -- PURCHASE OF HUNTINGTON BEACH RESIDENCE |
| 10-2 | 20 | | | 3/4 | 15.03.09 OPERATING AGREEMENT OF GILBERT ISLAND PROPERTY LLC (FOR TITLE 365) |
| 10-3 | 2 | | | 3/4 | 15.03.16 GRANT DEED TO GILBERT ISLAND PROPERTY LLC (TITLE 365) |
| 10-6 | 37 | | | 3/4 | 15.03.27 DEED OF TRUST BETWEEN GILBERT ISLAND PROPERTY, FIRST AMERICAN TITLE, AND SBK (TITLE 365) |
| 10-24 | 1 | | | 3/4 | VIDEO CLIP FROM LEVON TERMENDZHYAN DEPOSITION DATED 12.08.2017 |

| 10-25 | 1 | | | | 3/4 | VIDEO CLIP FROM LEVON TERMENDZHYAN DEPOSITION DATED 12.08.2017 |
|---|---|---|---|---|---|---|
| 10-26 | 1 | | | | 3/4 | VIDEO CLIP FROM LEVON TERMENDZHYAN DEPOSITION DATED 06.19.2018 |
| 10-27 | 1 | | | | 3/4 | VIDEO CLIP FROM LEVON TERMENDZHYAN DEPOSITION DATED 06.19.2018 |
| 11-8 | 2 | | | | 2/20 | 14.06.09 EMAIL FROM WILLIAM ROOZ TO JACOB KINGSTON, ISAIAH KINGSTON, RACHEL KINGSTON AND SHIMON KATZ RE CALL |
| 14-23 | 4 | | | | 2/12 | 14.01.14 HANDWRITTEN OUTLINE OF THE PLAN |
| 15-6 | 1 | | | | 3/4 | SUMMARY OF PERSONAL TAX RETURNS FILED BY LEVON TERMENDZHYAN 2011-2015 |
| 15-7 | 13 | | | | 2/6 | SUMMARY OF TANK 6 |
| 16-3 | 2 | | | | 2/11 | 14.03.12 EMAIL FROM JORDAN LOUIE TO FARIBA CC JACOB KINGSTON RE: REFERENCE LETTER FROM SBK HOLDINGS |
| 16-4 | 5 | | | | 2/10 | 14.05.14 EMAIL FROM JORDAN LOUIE TO UMUT UYGUN RE OPEN LETTER OF CREDIT FOR LIFETREE TRADING WITH CONTRACT |
| 18-3 | 46 | | | | 2/24 | 12.05.19 EMAIL FROM RACHEL KINGSTON TO LIONTANKLINES@YAHOO.COM AND MILES STEPHENS RE INVOICES, WITH ATTACHMENTS |
| 18-16 | 13 | | | | 2/6 | 12.06.07 EMAIL FROM LIONTANKLINES@YAHOO.COM TO RACHEL KINGSTON RE PAYMENT STATUS, WITH ATTACHMENTS |
| 18-24 | 8 | | | | 2/24 | 15.12.30 EMAIL FROM NOILENERGYGROUPINC@YAHOO.COM TO RACHEL KINGSTON RE AP-12.30.2015 UPDATES |
| 18-27 | 3 | | | | 2/24 | 16.01.26 EMAIL FROM NOILENERGYGROUPINC@YAHOO.COM TO RACHEL KINGSTON RE INVOICE 2538 FROM NOIL ENERGY GROUP, WITH ATTACHMENTS |
| 18-32 | 2 | | | | 2/24 | 12.05.09 UFS - TITAN TERMINAL BOL AND WT 050912-1 |
| 18-34 | 4 | | | | 2/24 | 12.05.09 UFS - TITAN TERMINAL REPORT 050912-2 |
| 18-35 | 4 | | | | 2/24 | 12.05.10 UFS - TITAN TERMINAL 051012-2 |
| 18-37 | 2 | | | | 2/6 | 12.05.15 UFS INVOICE AND BOL FOR B99 TO NOIL |
| 18-38 | 14 | | | | 2/6 | 12.05.16 EMAIL FROM RAK TO AA ATTACHING B99 INVOICES |
| 19-1 | 4 | | | | 3/3 | 13.12.19 LEVON TERMENDZHYAN CURRICULUM VITAE PREPARED BY DAN MCDYRE (WITH METADATA) |
| 19-10 | 3 | | | | 3/3 | TERMENDZHYAN RESUME UPDATE 07.27.2017 |
| 19-11 | 4 | | | | 3/3 | COPIES OF 3 DEMAND LETTERS FROM VISCON INTERNATIONAL TO WASHAKIE |
| 19-12 | 4 | | | | 3/3 | 1.1.16 EXCLUSIVE TERRITORY MARKETING AGREEMENT VISCON INTERNATIONAL AND WASHAKIE RE: SINGAPORE |
| 19-13 | 4 | | | | 3/3 | 1.1.16 EXCLUSIVE TERRITORY MARKETING AGREEMENT VISCON INTERNATIONAL AND WASHAKIE RE: MALAYSIA |
| 19-14 | 4 | | | | 3/3 | 1.1.16 EXCLUSIVE TERRITORY MARKETING AGREEMENT VISCON INTERNATIONAL AND WASHAKIE RE: INDONESIA |
| 19-15 | 4 | | | | 3/3 | 1.1.14 EXCLUSIVE TERRITORY MARKETING AGREEMENT VISCON INTERNATIONAL AND WASHAKIE WITH HANDWRITTEN CHANGES |
| 22-1 | 2 | | | | 2/10 | 13.07.23 EMAIL FROM CHARLES HERMAN TO JACOB KINGSTON RE PURCHASE OF BUGATTI CAR FOR LEVON TERMENDZHYAN |
| 22-3 | 1 | | | | 3/4 | 13.07.26 BUGATTI TRANSFER OF TITLE FOR $1,820,000 |
| 22-4 | 2 | | | | 2/10 | 13.07.29 EMAIL FROM UFSWRE TO ISAIAH KINGSTON RE $100,000 WIRE TRANSFER TO I-4 VENTURES |
| 22-8 | 3 | | | | 3/4 | 14.01.14 STATE OF MONTANA MOTOR VEHICLE REPORT FOR BUGATTI CAR REGISTERED TO NOIL LLC |
| 22-9 | 2 | | | | 3/5 | 2019 REGISTRATION BUGATTI |

| | | | | | |
|---|---|---|---|---|---|
| 23-1 | 17 | | | 3/4 | LEVON TERMENDZHIAN FORM 1040 FOR 2011 |
| 23-2 | 16 | | | 3/4 | LEVON TERMENDZHIAN FORM 1040 FOR 2012 |
| 23-3 | 22 | | | 3/4 | LEVON TERMENDZHIAN FORM 1040 FOR 2013 |
| 23-4 | 25 | | | 3/4 | LEVON TERMENDZHIAN FORM 1040 FOR 2014 |
| 23-5 | 24 | | | 3/4 | LEVON TERMENDZHIAN FORM 1040 FOR 2015 |
| 29-5 | 1 | | | 3/2 | 12.03.22 SUMMARY OF LAS PALMAS BIO |
| 29-15 | 3 | | | 3/2 | 12.05.31 EMAIL FROM LPOD TO RACHEL KINGSTON RE BIO LOADS |
| 29-18 | 4 | | | 3/2 | 15.09.12 SUMMARY OF VISCON PROJECT |
| 29-19 | 1 | | | 3/2 | 15.11.09 EMAIL FROM NOILENERGYGROUPINC@YAHOO.COM TO APRIL TOOKER, KELLI TERRELL RE ADDITIVE |
| 30-1 | 91 | | | 3/3 | LEVON TERMENDZHYAN TRAVEL RECORDS |
| 31-1 | 6 | | | 3/4 | DEFENDANT RECORDED JAIL CALL # 01 [10.36.101.13-7 / 14 PAGES] |
| 31-2 | 11 | | | 3/4 | DEFENDANT RECORDED JAIL CALL # 02 [10.36.101.22-b62 / 21 PAGES] |
| 31-3 | 3 | | | 3/4 | DEFENDANT RECORDED JAIL CALL # 03 [10.36.101.23-7928 / 9 PAGES] |
| 31-4 | 5 | | | 3/4 | DEFENDANT RECORDED JAIL CALL # 04 [10.36.101.26-7765 / 8 PAGES] |
| 55-1 | 16 | | | 2/3 | SUMMARY OF SALES OF B99 TO MORRISSEY OIL |
| 55-4 | 3 | | | 2/4 | 12.10.25 EMAIL FROM PHILIP CAHILL TO JACOB KINGSTON RE BIO FUEL CONTRACTS ETC |
| 55-5 | 1 | | | 2/3 | 11.09.20 EMAIL FROM GREG PERRIN TO MORRISSEY OIL RE BUSINESS PLACED WITH MORRISSEY |
| 55-6.2 | 3 | | | 2/3 | 12.09.25 EMAIL DIVIS TO PERRIN RE 250K OF BIO |
| 55-7 | 1 | | | 2/3 | 12.09.25 EMAIL FROM JUSTIN DIVIS TO GREG PERRIN RE FEEDSTOCK |
| 55-8 | 1 | | | 2/3 | 12.10.01 INVOICE FROM GAVILON TO MORRISSEY OIL |
| 55-9 | 2 | | | 2/3 | 12.10.01 INVOICE FROM MORRISSERY OIL TO SCM |
| 55-11 | 11 | | | 2/3 | 12.10.03 EMAIL FROM PHILIP CAHILL TO PERRIN RE AGREEMENTS SIGNED, WITH ATTACHMENT |
| 55-15 | 1 | | | 2/3 | 12.10.17 EMAIL FROM JOK TO PERRIN PHILIP CAHIL JUSTIN DIVIS AND DERYL RE: FEEDSTOCK (GP-12) |
| 55-25 | 2 | | | 2/3 | 12.12.07 EMAIL FROM GREG PERRIN TO BRENDAN MORRISSEY RE RESERVATION CONFIRMATION |
| 55-27 | 1 | | | 2/4 | 12.12.11 EMAIL FROM BRENDAN MORRISSEY TO GREG PERRIN RE BANK OF UTAH |
| 55-28 | 3 | | | 2/4 | 12.12.13 EMAIL FROM BRENDAN MORRISSEY TO GREG PERRIN RE BANK OF UTAH |
| 55-30 | 1 | | | 2/4 | 13.01.11 BRENDAN MORRISSEY EMAIL TO PHIL CAHILL TO CANCEL ALL ILLEGAL TRADES |
| 55-32.2 | 4 | | | 2/4 | 13.01.24 EMAIL FROM KOLMAR AMERICAS TO PHILIP MORRISSEY WITH ATTACHED TRANSACTION CONFIRMATION |
| 55-40 | 2 | | | 2/3 | 13.02.15 EMAIL FROM JOSH WALLACE TO PERRIN RE RECAP OF OUR DISCUSSIONS YESTERDAY |
| 55-41 | 2 | | | 2/3 | 13.02.15 EMAIL FROM TCM RENEWABLES TO CAHILL RE CALIFORNIA CONTRACT, WITH ATTACHMENT |

| 55-42 | 2 | | | 2/3 | 13.02.15 EMAIL FROM PERRIN TO DIVIS RE CONTRACT MOR NOIL, WITH ATTACHMENT |
|---|---|---|---|---|---|
| 55-43 | 2 | | | 2/4 | 13.02.25 PHILIP CAHILL LETTER ON NOIL LETTERHEAD PROPOSING PARTNERSHIP |
| 55-45 | 1 | | | 2/4 | 13.03.02 EMAIL FROM BRENDAN MORRISSEY TO GREG PERRIN RE INVOICE REQUEST |
| 55-46 | 1 | | | 2/4 | 13.03.07 BRENDAN MORRISSEY EMAIL TO GREG PERRIN AND PHILIP CAHILL TO FORWARD ALL INVOICES TO DATE |
| 55-49 | 1 | | | 2/4 | 13.03.24 EMAIL FROM BRENDAN MORRISSEY TO GREG PERRIN AND OTHERS RE INTRO REF TAX CREDIT APPLICATION |
| 55-50 | 5 | | | 2/3 | 13.03.25 EMAIL FROM LIONTANKLINES@YAHOO.COM TO GREG RE FW NOIL ENERGY GROUP, INC. WITH ATTACHMENTS |
| 55-54 | 1 | | | 2/5 | 13.04.13 B100 PURCHASE AGREEMENT WITH TCM RENEWABLES |
| 55-56 | 183 | | | 2/3 | 13.04.23 EMAILS FROM GREG PERRIN TO PHILIP CAHILL ET AL. RE BOLS FOR 2013 WITH ATTACHMENTS |
| 55-56.2 | 5 | | | 2/4 | 13.04.23 EMAIL FROM GREG PERRIN TO PHILIP CAHILL AND BRENDAN MORRISSEY WITH ATTACHED INVOICES |
| 55-58 | 41 | | | 2/3 | 13.04.25 EMAIL FROM ISAIAH KINGSTON TO MORRISSEY AND JACOB KINGSTON RE SUMMARY OF DEALINGS WITH MORRISSEY OIL |
| 55-60 | 4 | | | 2/4 | 13.04.29 ATTORNEY MARK GOLDSTEIN EMAIL TO ANTHONY MORRISSEY WITH FULL ACCOUNT STATEMENT |
| 55-61 | 1 | | | 2/4 | 13.04.30 JOSHUA WALLACE EMAIL TO BRENDAN MORRRISSEY, JUSTIN DIVIS, AND ANTHONY MORRISSEY RE DEBT TO MO AND UFS |
| 55-62 | 1 | | | 2/4 | 13.05.02 CAHILL LETTER TO JOSHUA WALLAE RE TCM RENEWABLES TO PAY NOIL |
| 55-64 | 1 | | | 2/5 | 13.05.17 JACOB KINGSTON LETTER TO JOSHUA WALLACE RE PAYING NOIL THE $675,000 OWED TO WRE |
| 55-66 | 2 | | | 2/4 | 13.06.11 EMAIL FROM BRENDAN MORRISSEY TO JACOB KINGSTON WITH ATTACHED FUEL PURCHASE AGREEMENT RE DEERPARK |
| 55-68 | 2 | | | 2/3 | 18.01.03 ACCOUNT QUICK REPORT FORM PERRIN -- MORRISEY OIL (GP-0) |
| 55-70.1 | 4 | | | 2/4 | 13.05.10 PAGES FROM BANK OF IRELAND ACCOUNT STATEMENT FOR MORRISEY OIL LTD |
| 55-100 | 1 | | | 2/3 | PASSPORT PHOTO |
| 60-1 | 1147 | | | 2/24 | TITAN TERMINAL RECORDS 2011 TO 2012 |
| 60-1.1 | 12 | | | 2/6 | SELECTED 2012 TITAN TERMINAL RECORDS |