Honorable Judge Jill N. Parrish
United States District Court
District of Utah
351 South West Temple, CR 8.200
Salt Lake City, Utah 84101

March 21, 2023

Dear Honorable Judge Parrish:

My name is Anne Termendzhyan. I am Levon Termendzhyan's eldest child and only daughter. Ever since I was a little child, I have the fondest memories of my father. Levon was a loving husband to my mother, and a doting father to my brother and me. As I write this letter, I am able to vividly recall the joy he brought to our family with his kindness and thoughtful gestures. My father worked very hard to provide for his family. Through his hard work, my brother and I were blessed to be raised in a loving home. Growing up, my father instilled within my brother and me the importance of hard work, discipline, integrity, kindness, compassion, benevolence, and respect – all of which are qualities that we strive to achieve on a daily basis.

My mother's untimely passing in 2012 had a profound impact upon all of us, in particular with my father. He suffered in deep sorrow and grief as he tried to raise us alone for the first time. My dad made every effort to attempt to normalize our new reality. It was a significantly dark period in our lives, but as a widower, my dad did his best to console and comfort us by spending quality time with us and reinforcing our faith. I personally observed the toll my mother's passing had on my dad's overall well-being. The trauma my dad endured when he lost the love of his life was painful and heartbreaking. As his daughter, I share the pain with him to this present day.

Contrary to the testimony presented in court, my father is a man of good character. He is kind, thoughtful, generous, compassionate, giving, honest, loving and caring. He has helped countless families in times of need, and has contributed to the betterment of society by donating to many charitable nonprofit organizations and religious institutions. For many years, my dad has contributed to the Fuel Relief Fund, the world's only charitable organization focused exclusively on fuel provision in natural disasters and complex emergencies. In addition to funding crisis-related challenges, my father has organized toy drives for the past decade to donate gifts to thousands of underprivileged children in the greater Los Angeles area. The annual toy drive is a charitable event my dad designed in honor of my mother's memory. To this date, my brother and I continue to fund and host the annual toy drive in honor of both my mother's and grandfather's memories. My dad is also a man of faith and has always encouraged me to adhere to my religious values and faith for strength and peace. He is also a tremendous proponent of education, and supported me while I earned my bachelors and master's degrees.

Since my father's incarceration, I have given birth to two children. I know without a doubt that my dad would have been the most doting and loving grandfather had he been around. He calls from custody every opportunity he gets to hear their voices and to check on our well-being. My father met my son for the first and only time a year and a half ago. It was very difficult for all of

us to have him meet his first grandchild behind bars without having the ability to hold, hug, or kiss him.

My dad's father passed away on July 1, 2022, while my father was in jail. The entire process was traumatic for the family, as my grandfather waited for my dad on his deathbed with his dying wish to see his son, and asked about my dad's whereabouts with his final breath. My grandfather's death has had a substantial impact on my father. The overwhelming feeling of grief has taken a toll on all of us.

Finally, I am concerned about my dad's health as he has suffered several health setbacks, including a heart attack and painful kidney stones. He has undergone surgeries for stent placement and kidney stone removal, and remains on medication for hypertension and cardiac related issues.

There are no words to adequately express how much we have missed our father over the past four and a half years. It is impossible to fill the void we feel, and we pray every single night we will be reunited. Our life is incomplete without him. We have lost our anchor and mentor. Colors are not as bright; laughers are not heartfelt; joy is never truly felt, and the light has dimmed.

I am respectfully asking Your Honor to please have mercy on my father, and to please grant him leniency when deciding the sentence your honor will impose. Please consider the above-mentioned mitigating facts and my family's well-being at the time of sentencing.

Thank you in advance for your time and consideration.

Very truly yours,

Anne Termendzhyan




Love, Alice 3/22/23

Love, Nicholas 3/12/23




Honorable Judge Jill N. Parrish
United States District Court
District of Utah
351 South West Temple, CR 8.200
Salt Lake City, Utah 84101

March 21, 2023

Dear Honorable Judge Parrish:

It is with a mother's heartfelt sincerity and much sorrow that I write this letter pleading for mercy from this Honorable Court for my son, Levon Termendzhyan.

Ever since Levon was a child, he has always been a kind, honest, hardworking, respectful, disciplined, and loving person. He has always lent a hand to those in need, and has always put the welfare of others above his own. Levon is the ideal son any parent could ask for. He is very attentive and was extra cautious in providing care for his father and me. My son was a loving and dutiful husband to his wife, who's untimely death caused him inconsolable grief and pain. My son was only forty-five years old when he lost the love his life. I personally observed my son navigate this dark period of his life with his two children, Anne and George, whom he adores. My son did everything he could to try to bring them peace, joy and normalcy after the tragedy. It is impossible to put into words and to describe the toll this loss had on my son and our family.

My son's incarceration has taken a substantial toll on my health. It has caused me major depression, anxiety, and the stress has exacerbated my cardiac related issues. Levon's father, Gevork Termendzhyan, passed away on July 1, 2022. Levon's incarceration had a direct and grave impact on my husband's health. He too suffered from depression and anxiety, so much that his health took a turn for the worse, and he asked for Levon with his dying breath.

As a mother, I am truly concerned for my son's health and well-being. He has suffered several setbacks, including hypertension, heart related conditions, and kidney disease, some of which he continues to receive medication to this present day.

I understand there was testimony presented at trial that may have not shed light on my son's true character. I ask your honor to consider all his positive qualities, including the fact he continuously contributed to the betterment of society by donating to nonprofit charities and to churches, as he is a man of faith.

Without Levon, my world is empty, and my heart is broken. I need him present in my life, and my grandchildren need their father back in their lives. We think about him every single day and no words can adequately describe the deep void we feel in his absence. Our holidays are no longer cheerful and are days are not as bright with Levon absent in our lives.

I am respectfully asking your honor to please consider my son's good character and the trauma he has endured as mitigating factors when imposing your sentence. I am begging your honor for your leniency when sentencing my son and asking you to consider a lesser sentence so he can soon return home and reunite with his children and to meet his grandchildren.

Thank you for considering my request.

Respectfully,

Astgik Termendzhyan

March 22, 2023

Dear Honorable Judge Jill N.Parrish,

My name is Gevork Termendjian, I am Levon Termendzhyan's nephew. I am writing this letter to plead for your mercy and understanding in the upcoming sentencing of my uncle.

My uncle has been an important figure my entire life. He has always been a person of good character, who has helped everyone around him. He has taught me important life lessons about how to be moral, ethical, and most important, a good citizen. He is well known in our community for always giving back and helping those in need. It is unfortunate that he has been portrayed as this person in this matter, but I can assure you, he has been a good and kind person to all those who have been lucky enough to know him.

He has been a source of strength for our family and friends, and we are all devastated by the charges he is facing. When I was a boy, he would take me to work with him at the gas station. He taught me that if I wanted to get anywhere in life, I would have to put in more work than everyone else. That included waking up before the sunrise and earning an honest living. He would give me brochures and flyers to pass out. He taught me the value of money, and made us work hard for every penny. He taught me the value of honesty and integrity by example. He would regularly take us to church and explain the importance of giving back to the community. As a young boy, I didn't want to give up any of the money I had worked so hard to earn. But he showed me that giving to the community would in turn allow more abundance into my life. And this is how he lived his life. Always working hard but giving back to those in need.

My uncle has already been in jail for almost 5 years during these proceedings. During that time my grandfather became sick due to the stress this caused him and passed away. My uncle was not even allowed to visit him in the hospital or attend the funeral. This has also impacted my grandmother's health. She has been hospitalized several times since my uncle was imprisoned due to the stress. All of us have suffered as a result and we have all being paying the price, but I don't want to lose another grandparent.

Your honor, all I ask is for you to consider the punishment he has already endured throughout these hearings and his time in jail, and consider that he is not a danger to society, that justice has been served and be merciful with your sentence. He deserves a

second chance at life, whenever that may be, but he can benefit the community more by helping as a free man than locked up behind bars.


Sincerely,

Gevork Termendjian

March 22, 2023

Dear Honorable Judge Jill N. Parrish,

I am writing to you with utmost respect to plead for your mercy in the upcoming sentencing of my uncle, Levon Termendzhyan. I know that you have heard the evidence presented in court, but I want to ask that you have sympathy for him in your decision-making process.

My uncle has been a good person his entire life, always willing to lend a helping hand to those in need. I have known him all my life, and I can attest to the fact that he is not the person that was presented in court. He is a man of integrity and kindness.

Furthermore, my uncle is an immigrant who did not even graduate high school. Despite the challenges he has faced, he has always tried to make the most of his life and to give back to his community and the people in need. In contrast, I have had the privilege of receiving a top-notch education from one of LA's prestige schools, University of Southern California (USC) with a master's degree. I know that my uncle has been proud of my accomplishments and has worked hard to ensure that I had every opportunity to succeed.

I implore you to also consider the impact that my uncle's absence will have on his family. His son, daughter and grandchildren need him for guidance especially since they do not have their mother with them as she passed away. Please give him the opportunity to meet his grandchildren and for him to be able to walk them through life. My uncle has always been a pillar of strength for his family, and I am certain that they will be devastated if he has to be incarcerated any longer than he already has been.

In conclusion, I humbly ask for your leniency in my uncle's upcoming sentencing. I believe that he is a good person who made a mistake, and that he deserves a second chance to make things right. Thank you for your time and consideration.

If you have any questions you can call me anytime. (310) 503-3996

Sincerely,

Asthik Termendjian

March 22, 2023

Your Honor Judge Jill N. Parrish,

I am writing to you to express my deepest sympathy towards my brothers, Levon Termendzhyans, upcoming sentencing. I understand that the law must take its course, and I respect that. However, I would like to bring to your attention some important facts that you should consider when making your final decision.

Firstly, my brother and I had a fall out 2.5 years before his arrest and we haven't spoken since. We had our differences, but I know that deep down he is a good person. Unfortunately, his situation took a toll on our family, we lost our father due to the stress of it all. My mother's health is declining, and she has many health issues that make it difficult for her to cope with the current situation. My brother's absence has been felt deeply by all of us.

Growing up, my brother had been an outstanding person, and he was a great friend to our peers. He was always willing to lend a helping hand to anyone in need, and he was an active member of our community. He started working at the age of 13, and he has always been a hard worker. He is a devoted father and grandfather, and his family needs him back.

I am not asking for you to overlook his wrongdoings, but I am pleading with you to consider his character, his contributions to the community, and his family's current situation when making your final decision. My mother needs her son back, his children need their father back, and his grandchildren need to meet their grandfather. They haven't seen him yet because he has been incarcerated, and it's heartbreaking for all of us.

Thank you for taking the time to read my letter, and I hope that you can take all these factors into account when making your decision.

Sincerely,

Grigor Termendjian

**Ս. ՅՈՎՀԱՆՆՈՒ ԿԱՐԱՊԵՏ ԵԿԵՂԵՑԻ**
ՀՈԼԻՎՈՒՏԻ ԾՈՒԽ
1201 N. VINE STREET • HOLLYWOOD, CA 90038

**SAINT JOHN ARMENIAN CHURCH**
HOLLYWOOD PARISH
TEL: 323-465-9008 • FAX: 323-464-4846

March 21, 2023

To the Honorable Judge Jill N. Parish:

I, Archpriest Fr. Manoug Markarian, the newly-appointed Pastor of the Armenian Apostolic Church of Glendale, have known the Termendzhyan family for 30 years. They I have been valuable members of our community, supporting the mission of St. Garabed Armenian Church of Hollywood, where I have served as pastor for close to 20 years.

Gevorg, of blessed memory and Astghik Termendzhyan have been God-honoring and church-loving people and they have instilled their values of discipline, honor, humility, and respect in their children. These qualities have been evident in Levon Termendzhyan. It was a delight to officiate the sacrament of the Holy Matrimony of Levon Termendzhyan's daughter a few years ago. Mr. Levon Termendzhyan has been a sincere and kind individual, whose love for family and community have been appreciated and highly commendable. He has left an impact on me as a caring and loving father, who lost his wife eleven years ago and ensured that his presence in the life of his children would be of utmost importance.

He is always in my prayers.

Should any questions arise, please do not hesitate to contact me at 818-429-9843.

Sincerely,

Fr. Manoug Markarian

Archpriest Fr. Manoug Markarian
Pastor – Armenian Apostolic Church of Glendale

Dear Judge Jill N. Parrish,


   I am writing to you on behalf of Levon Termendzhyan.  I would like to
share with you and reflect on my own interactions with Levon. In hopes
that this will shed more light on his character and what he means for
those that have come to know him.  Levon has been like a father
figure for me and for countless others, an older brother you can always
turn to and a dear friend. He has always been there to guide, advise and
help in any way, without hesitation. At the same time I have also come to
learn and see how strict Levon can be, in hindsight his source of
discipline has been well intended. Knowing that the other person has more
potential and can achieve more with discipline in their lives. Levon has
always been generous and loving to his family, friends and especially any
community he has been a member of. Stories of his generosity for various
charitable causes, organizations have had a far reaching impact.  As an
immigrant Levon, has known the difficulties of starting a new life in a
foreign country. Which is why he always made a point to help those just
starting a new life in America.  Levon helped friends of not just
Armenian origin but those struggling to make ends meet, having just
migrated to the U.S. In a sense he helped them at the most crucial points
of their lives, when other resources were not available. He helped them
find jobs, shelter and a sense of belonging.

I hope that despite the various charges, that you are able to take into
consideration the countless lives Levon has impacted in such a meaningful
way. I hope that you can see that Levon is also a member of the community
and a family man, who's family will be waiting for him. I know that we
are all adults and should be held accountable for our actions. I hope
that you are able to consider the extent of the toll things have already
taken on Levon, and his family members. In our darkest hours we turn to
our faith, and I know that Levon has as well. We have all put our trust
in God, at this time and will continue to pray for Levon's timely return
to his loved ones.


Sincerely Alex Hekimyan.

Alex Hekimyan



**BLOCK** LLP
ATTORNEYS AT LAW
455 N. MOSS STREET
BURBANK, CA 91505
818.714.0655

*United States v. Lev Aslan Dermen (Levon Termendzyhan)*
*United States District Court Central District of Utah*
Case No: 2:18-cr-00365

Re:    Request for leniency

Dear Honorable Judge Jill N. Parrish,

I am the managing partner of Block LLP law firm in Los Angeles, California. I have known Mr. Levon Termendzyhan and his family for over 20 years. I am shocked to hear that he has been convicted of these crimes. As long as I have known him, he has been a good friend, a good uncle, a good father, a public servant and a philanthropist. He has helped the community and many others that have been less fortunate.

He personally has been a mentor to me and many close friends, by teaching us important moral and spiritual values. He has been the provider for his family who came to this country with nothing more than the shirt on their back. He has built many successful businesses and employed hundreds of people, making sure each of those families always had food on their tables.

I can tell you without a doubt Mr. Termendzhyan is extremely remorseful for what has occurred. He has already been imprisoned for almost 5 years and was denied visitation to see his dying father.

Please give Mr. Termendzhyan a second chance at life and to be reunited with his family and the community. I am sure we will all get to see his good works in bringing fruitful results to our society. Not to mention, all of the families that rely on him to provide employment.

I know your kind attention and willingness to be lenient in the sentencing will benefit the community and do more good in the future than having this man locked up for life.

Sincerely,

Alexander C. Safarian, Esq.
Managing Partner

March 22, 2023

Judge Jill N. Parish

      Re:    *United States vs. Lev Aslan Dermen (Levon Termendzyhan)*
              Case No: 2:18-cr-00365

My name is David Parker and I have been employed in the petroleum products industry for approximately 40 years. I retired from Valero Energy Corporation as the Senior Vice President of Product Supply and Wholesale Marketing.

During my career at Valero, I had the opportunity to work with Levon Termendzyhan for approximately twenty years. As a valued customer of Valero, Levon always conducted himself professionally and with a high degree of integrity. I am aware of the charges against Levon and do not believe he would have perpetrated the actions to which he was accused. I believe that he was coerced into a partnership with the other parties involved, victimized by their actions, and later betrayed by them.

Levon was also always very generous within the community in which he lived. My wife and I have been feeding the less fortunate in our community every Thanksgiving for the past ten years. We could always count on Levon to support our community service projects.

Please consider the good that Levon Termendzyhan has done for his community and show leniency when deciding on his sentence.

Regards,

David M. Parker



March 19, 2023

RE: Levon Termendzhyan

Dear Judge Parrish:

My name is Eddie Loussararian, Professor of Finance, at UCLA, and Director of Learning &
Development, at A.P. Moller - Maersk. I have been a friend of Levon Termendzhyan's for over
35 years. Our families met through marriage and we have been close friends ever since. I
know Levon to be an industrious, hardworking, family man who is a community-minded thought
leader. Levon has donated his time and resources to building and restoring several churches
and has sponsored many immigrants to come to the United States to live the American dream.

Levon has a bright and promising career in front of him, and it would be helpful for his family
and community if he were to receive a lighter sentence.

From day one, Levon has been an incredibly focused and dedicated businessman, often the
first to arrive at the office and the last to leave. He has grown from an intern in his family's
business to a highly successful business mogul. Levon epitomizes honesty, courage, vitality,
and family values. He is a wonderful role model to his children and is grooming them to run the
family business someday. I remember Levon taking his son, George, under his wings to 'show
him the ropes.' Despite the steep learning curve, Levon patiently explained and demonstrated
how to interact with employees, vendors, customers, and civic leaders.

From the beginning to the end of this unfortunate period in his life, Levon has acted with
humility and integrity, character traits that should be celebrated, not punished. Please consider
an alternative to the pending charges.

Please feel free to call me with questions.

Sincerely,

Eddie Loussararian
Professor of Financial Management Programs
eloussararian@ucla.edu
323-793-1205

**Subject**   Levon Termendzhyan - Sentencing

**From**   Fred Miller <belfast2la@yahoo.com>

**To:**

**Date**   Today at 11:44 AM

Dear Judge;

Please take into account when sentencing Levon Termendzhyan the positive impact he has had on many lives and families, including my own.

My friendship with Levon spans decades and I have always respected him as a client, friend and family man.  It is my hope that Levon is once again allowed to a live a free and fruitful life.

Thanks in advance for your consideration of this request for leniency for my friend Levon.

Best regards,

Fred Miller

805-574-0520

*Fred Miller*   3-22-23

Sent from Yahoo Mail for iPad

Judge Jill N Parrish

United States District Court

District of Utah                                                                                      March 22, 2023

Judge Parrish,

I am writing you regarding my relationship with Levon Termendzhyan and the character of this individual.
Levon and I became close friends through our common backgrounds in the petroleum industry. This
friendship expanded on the personal level for the past 35 years. I have been a part of many family
related events to include graduations of children, marriages of family members, funerals, and many
other events. I have observed Levon as an individual whom has always been a very giving person,
whether it was a homeless person on a corner or an employee going through trying times. Levon and his
family have always been very supportive of their communities. They have a long history of aiding
immigrants from their ethnic background and assisting their ability to leave very trying environments
and entering the US to become participants in our labor market. These individuals have succeeded in
many jobs and businesses along with becoming US Citizens and participants of our economy. I have
witnessed many of these individuals create a families in the US based on the support of the
Termendzhyan family and especially Levon's participation helping them to get established in the US.

My business transports fuel for many oil companies in California and Nevada. The business did make
deliveries for the Noil Energy Group to some of the locations which were outside of the normal
operations of the Noil trucks. Our relationship was never based on the business economics between the
two companies, it was truly our friendship. Levon, unfortunately, involved himself with the Washakie
group of which I never felt comfortable being in the company of these characters. I understand that
there are many factors to the prosecution of this case and the legal processes that were involved. Again,
this is a very unfortunate situation that has resulted in Levon not available to be present at the funeral of
his beloved father. Levon has missed the birth of his grandchildren which I know is very disheartening to
him as there is nothing more important to him than his children. I have been present watching both his
son and daughter grow to be very responsible individuals based on the morals and expectations of their
family. It is rewarding to me as much as him to watch them succeed.

Levon has been incarcerated since August of 2017 without any visitation privileges. This is difficult to me
as I would like to be able to visit with him and reflect on everything in our past. I am writing you, to
consider these items when you are deciding on the sentencing of my friend. I ask that you minimize
Levon's sentence based on the 6 years he has already been incarcerated. It would be an unfortunate to
further penalize him and create an environment that would limit his ability to participate in the
environment of his family.

Sincerely,

Mark Lill

To: The Honorable Judge Jill N. Parrish

Re: April 7th 2023, Levon Termendzhyan

I have had the pleasure and honor of working with Mr. Termendzhyan over the past 20 years.
We happen to be in the same industry. Levon holds family and community in very high regard.
I have come to know of his community involvement and his generous work with charitable organizations
throughout this time. I have seen Levon help struggling individuals with their business or personal
development.

Levon's support of the Fuel Relief Fund is just one example of this charitable work. The Fuel Relief Fund
provides fuel to disasters as they happen around the world. The Fuel Relief Fund also works directly with
other organizations such as the Red Cross and UN World Food Program.

At this point Levon is now a grandfather and has not been able to spend any time with his family or
grandchildren. Please on this day release him back to his family and the community so he can be of
further service.

Sincerely,

Mitch Lewis
Former Vice President of IPC USA Inc

March 21, 2023

Attn: Judge N. Parrish

I'm writing this in regard to Levon Termendzhyan. I have known Levon for approximately 18 years.

He had a chain of Truck stops and was well know in the petroleum industry as someone that was good to do business with. The company I worked for did business for many years with his company and never had any issues to my knowledge with his credibility. Levon was always straight forward and was a Man of his word in all of our business dealing.

When I heard throughout the industry about Levon I was shocked as well as many others. I'm sure for whatever Levon has been accused of is in the past and I believe his family would benefit from him being home as soon as possible.

Over all the years it was clear Levon loved the petroleum industry but always showed that he loved his family and friends even more. My heart breaks for him and his family as they have missed him for such a long time. I think Levon would be better in our community then incarcerated.

Thanks

Murph Jones

March 21, 2023

To: Honorable Judge Jill N. Parrish

Re: Sentencing of Levon Termendzhyan April 7, 2023

Please consider a reduced sentence for Mr. Termendzhyan. I dealt with him for over a decade while I was Senior Vice President of IPC, (USA) Inc. IPC was a fuel supplier in California at the time. He always paid his bills within terms or sooner. He was a generous man who helped others to start a business. He often helped those in his community get started with a gas station business. He would guarantee their receivable (payment) to IPC so credit could be extended.

I know that he was active in supporting the orphanage in his birth country of Armenia. He also supported local charities in Southern California. He was a regular and significant supporter of the Fuel Relief Fund (fuelrelieffund.org). Fuel Relief (FRF) provides emergency fuel to disasters around the world. The fuel allows emergency vehicles and generators to perform services to those affected by the disaster. FRF also works hand in hand with the United Nations World Food Programme.

I also understand that while incarcerated his daughter has added grandchildren to Mr. Termendzhyan family. He must be longing to spend time with them during these later years of his life.

Respectively,

Randy Jones

Former Senior Vice President
IPC (USA), Inc.
A wholly owned subsidiary company of Itochu Corporation.

Steve Bailey

2148 Bricyn Lane

Bakersfield, Ca 93308

3/21/2023

To: Jill N. Parrish

I have known Mr. Levon Termendzhyan for 20 years personally and professional. In those 20 years he has treated me as a friend, with integrity as well as being professional when it comes to business. When he says he'll do something he makes sure it gets done and helps you in anyway he can. Levon has always gone above and beyond to make sure, as a friend you have what you need to succeed in business, whether it is with contacts or education. At no time have I seen or heard anyone that does not have respect for him. He treats everyone the same, as a friend!

Sincerely,

Steve Bailey