Michael C. Barnhill (Bar No. 12439)
MICHAEL BEST & FRIEDRICH, LLP
2750 E. Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84020
Telephone: (801) 833-0500
Facsimile: (801) 931-2500
E-Mail: mcbarnhill@michaelbest.com

*Attorneys for Zubair Kazi*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB ORTELL KINGSTON,<br>ISAIAH ELDEN KINGSTON,<br>RACHEL ANN KINGSTON,<br>SALLY LOUISE KINGSTON, and<br>LEV ASLAN DERMEN,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL OF MICHAEL C. BARNHILL**<br><br>Case No. 2:18-cr-00365-JNP<br><br>Judge Jill Parrish |

Please take notice that attorney Michael C. Barnhill of the law firm of MICHAEL BEST & FRIEDRICH, LLP, hereby enters his appearance as counsel for Petitioner Zubair Kazi in the above-captioned action. All further pleadings, papers, and other materials relevant to this action should be directed and served upon:

Michael C. Barnhill
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Email: mcbarnhill@michaelbest.com

DATED this 11th day of May 2023.

**MICHAEL BEST & FRIEDRICH, LLP**

/s/ Michael C. Barnhill
Counsel for Petitioner Zubair Kazi

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May 2023, a true and correct copy of the foregoing was filed electronically with the Court and therefore automatically served upon all counsel of record.

/s/ Michael C. Barnhill