**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 9, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEV ASLAN DERMEN,

Defendant - Appellant.

No. 23-4074
(D.C. No. 2:18-CR-00365-JNP-3)
(D. Utah)

---

**JUDGMENT**

---

Before **HOLMES**, Chief Judge, **SEYMOUR** and **EBEL**, Circuit Judges.

---

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

If defendant, Lev Aslan Dermen, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Utah. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk